# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MISTI THOMAS                                                                                                PLAINTIFF
ADC #705944

v.                                              3:18cv00089-DPM-JJV

CRAIGHEAD COUNTY DETENTION CENTER; and
DOES, Officers, Craighead County Detention Center                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Misti Thomas ("Plaintiff") has filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983, alleging Defendants violated her constitutional rights while she was a pretrial detainee at the Craighead County Detention Center. (Doc. No. 1.) On May 14, 2018, I ordered Plaintiff to either: (1) pay the $400 statutory filing fee in full; or (2) file an Application to Proceed without Prepayment of Fees and Affidavit, along with a Calculation of Initial Payment of Filing Fee sheet. (Doc. No. 2.) I gave Plaintiff thirty (30) days to comply with those instructions and cautioned her that the case would be dismissed, pursuant to Local Rule 5.5(c)(2), if she failed to timely do so. (*Id.*). As of today's date, Plaintiff has not complied with my May 14, 2018, Order, and the time to do so has expired.

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. No. 1) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 19th day of June, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE