IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MISTI THOMAS
ADC #705944                                                              PLAINTIFF

v.                            No. 3:18-cv-89-DPM

CRAIGHEAD COUNTY DETENTION
CENTER; and DOES, Officers,
Craighead County Detention Center                                       DEFENDANTS

## ORDER

Thomas hasn't responded; her mail is being returned undelivered. № 4. Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Thomas's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2018