IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MISTI THOMAS
ADC #705944                                                      PLAINTIFF

v.                           No. 3:18-cv-89-DPM

CRAIGHEAD COUNTY DETENTION
CENTER; and DOES, Officers,
Craighead County Detention Center                               DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2018